FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-163 |
| PRESIDENT GEORGE W. BUSH | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-164 |
| CITY OF SAVANNAH | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-165 |
| SHELBY HOOSE | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-166 |
| ALLISON MARUCA | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-174 |
| JACK KINGSTON et al. | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-175 |
| DR. KEITH HALL | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-176 |
| JOHN T. MULVIHILL | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-177 |
| PACE MANAGEMENT | ) | |
| | ) | |
| | ) | |
| TONYA MARIE ARLEDGE | ) | |
| v. | ) | Case No.  CV406-178 |
| CHARLIZE THERON | ) | |

TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-179
DONALD TRUMP               )
                           )
                           )
TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-180
FBI                        )
                           )
                           )
TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-181
BEN AFFLECK                )
                           )
                           )
TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-182
CHATHAM COUNTY POLICE      )
DEPARTMENT                 )
                           )
                           )
TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-183
CUMULUS BROADCASTING, INC. )
                           )
                           )
TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-184
DR. JOHN FABER             )
                           )
                           )
TONYA MARIE ARLEDGE        )
v.                         )    Case No.  CV406-187
KROGER                     )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate's Report and Recommendation, to which objections have been filed.  Accordingly the Report and Recommendation is adopted as the opinion of the Court, and all of the above captioned actions are **DISMISSED WITH PREJUDICE.**

In addition, the Court agrees that it must protect its staff from being mired in the pointless and seemingly endless task of processing Tonya Marie Arledege's voluminous frivolous filings. Consequently, Ms. Arledge must seek leave of the Court before filing any further lawsuits or other pleadings in this District. To that end, the Clerk of the Court is **DIRECTED** to open a miscellaneous file for the purpose of tracking any pleadings submitted by Ms. Arledge.  This Order shall be docketed in that file.  If Ms. Arledge presents any future pleading to the Clerk of the Court, the Clerk shall receive the pleading and make a notation in the miscellaneous file of such receipt.  However, rather than docketing the pleading, the Clerk shall forward it to the undersigned for a determination of whether Ms. Arledge's claims have any arguable merit.  Only if the Court allows the pleading to be filed will it be docketed.[1]

**SO ORDERED**, this 23rd day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

─────────────

[1]For the time being, this restriction does not apply to pleadings filed in Ms. Arledge's pending action Arledge v. Potter, Case No. 4:05-CV-161 (S.D. Ga. filed Sep. 7, 2005). However, if Ms. Arledge files a barrage of frivolous motions in that action or attempts to use that action to skirt the restrictions of this Order, the restrictions will be place on her pleadings in that action as well.